**Order entered April 27, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00944-CV

### RICHLAND TRACE OWNERS ASSOCIATION, Appellant

### V.

### LANDMARK AMERICAN INSURANCE COMPANY, ET AL., Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02854**

## ORDER

Before the Court is appellees' April 26, 2021 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **June 1, 2021**. We caution appellees that a further extension request will be disfavored.

/s/     CRAIG SMITH
JUSTICE